1  Robert V. Prongay (SBN 270796)
    *rprongay@glancylaw.com*
2  Charles H. Linehan (SBN 307439)
    *clinehan@glancylaw.com*
3  Pavithra Rajesh (SBN 323055)
    *prajesh@glancylaw.com*
4  GLANCY PRONGAY & MURRAY LLP
5  1925 Century Park East, Suite 2100
   Los Angeles, California 90067
6  Telephone: (310) 201-9150
7  Facsimile: (310) 201-9160

*Attorneys for Plaintiff Justin Kojak*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| JUSTIN KOJAK, Individually and On Behalf of All Others Similarly Situated, | Case No. 2:21-cv-02879-FMO-JPR |
|---|---|
| Plaintiff, | **PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE (ECF NO. 11)** |
| v. | |
| CANOO INC. f/k/a HENNESSY CAPITAL ACQUISITION CORP. IV, ULRICH KRANZ, TONY AQUILA, DANIEL J. HENNESSY, NICHOLAS A. PETRUSKA, BRADLEY BELL, PETER SHEA, RICHARD BURNS, JAMES F. O'NEILL III, JUAN CARLOS MAS, GRETCHEN W. MCCLAIN, and GREG ETHRIDGE, | |
| Defendants. | |

RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff Justin Kojak hereby responds to the Court's Order to Show Cause Re: Dismissal Re: Lack of Prosecution (ECF No. 11).

By way of background, the above-captioned action alleges violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). The PSLRA provides, among other things, that any member of the putative class may move the Court to serve as lead plaintiff not later than 60 days after the requisite notice is published. 15 U.S.C. § 78u-4(a)(3)(A). The PSLRA further provides that, where multiple actions assert substantially the same claims under the Exchange Act, the court shall issue a decision on the motion(s) to consolidate before appointing a lead plaintiff. 15 U.S.C. § 78u-4(a)(3)(B)(ii).

Here, the above-captioned case is the second-filed action among three substantially similar class actions pending in this District: *Blake v. Canoo, Inc., et al.*, Case No. 2:21-cv-02873-FMO-JPR (the "*Blake* Action," filed April 2, 2021); *Kojak v. Canoo, Inc., et al.*, Case No. 2:21-cv-02879 (filed April 2, 2021); and *Tyler v. Canoo, Inc.*, Case No. 2:21-cv-03080 (filed April 9, 2021). Accordingly, on June 1, 2021, eight motions for consolidation of related actions, appointment as lead plaintiff, and approval of lead counsel were filed in the first-filed related action, *i.e.*, the *Blake* Action, and the Court has taken the matter under submission. See *Blake* Action, ECF No. 67.

As to the above-captioned action, counsel for Plaintiff has been informed that counsel for defendants Canoo Inc., Tony Aquila, and Ulrich Kranz accepts service of the summons and complaint on behalf of all Defendants. Plaintiff respectfully submits that all further proceedings, including Defendants' answer to the complaint, should adhere to the schedule set forth in the *Blake* Action, which contemplates that, after the lead plaintiff has been appointed, the parties will submit a proposed schedule for an amended complaint and Defendants' motion(s) to dismiss. *Blake* Action, ECF. Nos. 21, 52.

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | DATED: July 1, 2021 | GLANCY PRONGAY & MURRAY LLP |
| 3 | | |
| 4 | | By:   /s/ Pavithra Rajesh |
| | | Robert V. Prongay |
| 5 | | Charles Linehan |
| | | Pavithra Rajesh |
| 6 | | 1925 Century Park East, Suite 2100 |
| 7 | | Los Angeles, California 90067 |
| | | Telephone: (310) 201-9150 |
| 8 | | Facsimile: (310) 201-9160 |
| 9 | | Email:  info@glancylaw.com |
| 10 | | *Attorneys for Plaintiff Justin Kojak* |

RESPONSE TO ORDER TO SHOW CAUSE

2

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.  On July 1, 2021, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on July 1, 2021, at Los Angeles, California.

                                    *s/ Pavithra Rajesh*
                                    Pavithra Rajesh